UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:   CASE NO. 16-61869-LRC
CHAPTER 13

Shannon R Lee

JUDGE RITCHEY CRAIG, LISA

DEBTOR   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Melissa J. Davey files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 9 | 5464 | $2,573.87 | $2,573.87 | $2,573.87 |
| Total Amount Paid by Trustee | | | | $2,573.87 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-61869-LRC

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing Notice of Final Cure Payment using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Julian T. Cotton    Julian.Cotton@padgettlawgroup.com, bkecf@padgettlawgroup.com
Melissa J. Davey    cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
Abbey Ulsh Dreher    ga.nd.ecf@BDFGroup.com
Brian K. Jordan    ecfganb@aldridgepite.com, bjordan@ecf.inforuptcy.com
Anthony Maselli    amaselli@rascrane.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
Joshua M. Ryden    , ecfganb@aldridgepite.com
Howard P. Slomka    HS@ATL.law, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com
Tersugh Tivzenda    ttivzenda@rascrane.com

      I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

Shannon R Lee
2383 Glynn Dr. SE
Atlanta, GA  30316

DITECH FINANCIAL LLC
P.O. BOX 6154
RAPID CITY, SD  57709


Filed Date:  March 15, 2021

                                      /s/ Melissa J. Davey
                                      Melissa J. Davey
                                      GA Bar No. 206310
                                      Chapter 13 Trustee
                                      Standing Chapter 13 Trustee
                                      260 PEACHTREE STREET N.W.
                                      SUITE 200
                                      Atlanta, GA  30303
                                      Telephone:  678-510-1444
                                      Facsimile:    678-510-1450